LAW OFFICES OF ROBERT G. STAHL
220 St. Paul Street
Westfield, New Jersey 07090
(908) 301-9001
(908) 301-9008 Facsimile
Attorneys for Intervenor-Plaintiffs
Leonard Epstein, Janine Epstein and
Empire Foods Pension Plan

RECEIVED

OCT 3 1 2005

AT 8:30
WILLIAM T. WALSH, CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

SECURITIES AND EXCHANGE
COMMISSION,

                          Plaintiff,

-v.-

NJ AFFORDABLE HOMES CORP. and
WAYNE PUFF,

                          Defendants.

CIVIL ACTION NO. 05- 4403 (JLL)

ORDER ADJOURNING RETURN
DATE FOR MOTION TO
INTERVENE TO NOVEMBER 28,
2005

    **WHEREAS** on October 17, 2005, Intervenor Plaintiffs Leonard Epstein, Janine Epstein and Empire Foods Pension Plan filed a Motion to Intervene in the present action; and

    **WHEREAS** the return date for that motion was originally listed as November 14, 2005; and

    **WHEREAS** the date for which opposition must be filed, if any, are contingent upon that date; and

    **WHEREAS** the Court, in its discretion, and without application by any party to this action, has indicated its intention to adjourn the return date of the stated motion;

    **NOW, THEREFORE, IT IS** on this _____ day of _____, 2005 **ORDERED** that the return date on Intervenor-Plaintiffs' motion is hereby adjourned to **November 28, 2005**; and it is further

**ORDERED** that that a copy of this Order shall be served upon all counsel within ____ days of receipt of the Order.

                <u>**s/Ronald J. Hedges**</u>
                Hon. Ronald J. Hedges, U.S.M.J.